Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND CHARLES MEYER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>   Plaintiff,<br><br>v.<br><br>KLEMM & ASSOCIATES, LLC, a New Jersey limited liability company, and PAUL JOHN KLEMM, individually and in his official capacity,<br><br>   Defendants. | Case No. C07-05855-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, RAYMOND CHARLES MEYER, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RAYMOND CHARLES MEYER, hereby dismisses, with prejudice, all claims made by him against Defendants, KLEMM & ASSOCIATES, LLC, and PAUL JOHN KLEMM, in his Complaint filed herein on November 19, 2007. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    RAYMOND CHARLES MEYER